Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
(602) 264-4550
anewdelman@adnlaw.net
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter Eleven |
| SPINE ORTHOPEDIC & SPORTS PHYSICAL THERAPY, INC., | Case No. 2-18-bk-07978 PS |
| | PLAN OF REORGANIZATION |
| | DATED: February 11 , 2019 |
| Debtor. | |

Debtor, Spine Orthopedic & Sports Physical Therapy, Inc., ("SOS" or "Debtor"), hereby submits its Plan of Reorganization in accordance with 11 U.S.C. §1121(a).

## I. DEFINITIONS

As utilized in this Chapter 11 Plan, the following definitions apply to the following terms:

1. "Adequate information" means information that would enable a hypothetical reasonable investor typical of holders of claims or interest of the Debtor's estate, to make an informed judgment about the Debtor's Plan of Reorganization.

2. "Allowed and Approved Claim" shall mean all scheduled claims and to which no objection to the claim having been filed. If an objection to a claim is filed, said claim will be allowed to the extent ordered by the Court.

1

3. "Bankruptcy Code" shall mean the Bankruptcy Code as set forth in Title 11 of the United States Code.

4. "Bankruptcy Court" shall mean the United States Bankruptcy Court for the District of Arizona.

5. "Confirmation of the Plan" shall mean the entry of an order by the Bankruptcy Court confirming the Plan of Reorganization in accordance with §1129 of the Bankruptcy Code.

6. "Consummation of the Plan" means the accomplishment of all things required or provided for under the terms of the Plan.

7. "Court" shall mean the United States Bankruptcy Court for the District of Arizona.

8. "Creditors" shall mean all persons holding claims for secured and unsecured obligations, liabilities, demands or claims of any nature whatsoever against the Debtor arising at any time prior to confirmation of the Plan and administrative creditors.

9. "Debtor" shall mean the petitioner in the above-captioned Bankruptcy case.

10. "Disclosure Statement" shall mean the Disclosure Statement (hereinafter "Disclosure Statement") filed in this case approved, after notice and a hearing by the Court as being in conformity with §1125 of the Bankruptcy Code or conditional approval as a small business case.

11. "Effective Date" shall be the same as the Plan distribution date as set forth herein below.

12. "Petition" means the original Chapter 11 Petition filed by the Debtor.

13. "Plan" shall mean this Plan of Reorganization which was attached as an exhibit to the conditionally approved Disclosure Statement as it may be amended, modified and/or supplemented pursuant to which the Debtor proposes payment in whole or in part of creditors' claims.

2

14. "Plan distribution date" shall be 30 days from the date of confirmation and every 30 days thereafter.

15. All other terms not specifically defined above shall have the meaning as designated in §101 of the Bankruptcy Code or, if not contained therein, their ordinary meaning.

## II. CLASSES OF CLAIMS

Administrative Claims.

These claims consist of the expenses of administration of the estate including attorney fees for Debtor's counsel, and any unpaid fees to the U.S. Trustee.

Unsecured Claims.

As reflected in the schedules filed by the Debtor and supplemented by various Proof of Claims that have been filed, Debtor has general unsecured claims in the amount of $176,492.47.[1] The Debtor's Chapter 11 Plan of Reorganization will be a base Plan with minimum payments of allowed claims to be made as set forth in the attached Disbursement Schedule.

Secured Claims.

As reflected in the schedules filed by the Debtor, and supplemented by various Proof of Claims and other pleadings, Debtor has secured debt totaling $754,751.04.

Tax Claims.

As reflected in Proof of Claims filed by the Internal Revenue Service, Claim 4, there are no unsecured priority or general taxes owed by the Debtor.

---

[1]This amount includes a loan owed to Stan Carr who is the parent of the Debtor's principal and, therefore, deemed an insider. The loan amount is $96,500.00.

3

### III. TREATMENT OF CLAIMS NOT IMPAIRED UNDER THE PLAN

Classes 1, 2A, 3, 4 and 6 are not impaired under the Plan in that the Plan does not alter the legal or contractual rights to which the holders of such claims are entitled and/or the Bankruptcy Code permits payment over an extended period of time and/or the holder of the claim has agreed to a different treatment.

### IV. TREATMENT OF IMPAIRED CLAIMS UNDER THE PLAN

Classes 2, 2B, and 5 are impaired Classes under the Plan. All allowed and approved claims or judicially determined claims will receive those amounts as reflected in the payment schedule under the Plan (Article V of the Plan).

### V. PAYMENT SCHEDULE UNDER THE PLAN

Administrative Claims

These claims are for the expenses of administration of the estate, including attorney fees for Debtor's counsel, and fees that may be owed and to the U.S. Trustee, if any.

Allan D. NewDelman, P.C. (Class 1).

*Attorney's Fees:* The total amount of attorneys fees incurred to Debtor's Bankruptcy Counsel, Allan D. NewDelman, as of January 23, 2019 is $12,770.30 subject to an offset against retainers of $7,719.75 leaving a balance due through January 23, 2019 of $5,050.55. Debtor believes, at the time that the Debtor's Chapter 11 Plan is confirmed, that there will an additional attorney's fees administrative expense claim in the approximate amount of $3,000.00 bringing the total balance due but not paid to $8,050.55. The additional $3,000.00 includes anticipated fees for administration of the Debtor's Chapter 11 case, for preparing the Debtor's Disclosure Statement and

4

Plan of Reorganization and to cover the anticipated fees through the confirmation process. This claim shall be paid as stated in Exhibit "A". **This Class is not impaired.**

Secured Claim - Wells Fargo Bank (Class 2) - No claim filed

Wells Fargo Bank is secured by a first position lien on the Debtor's real property located at 20715 East Ocotillo Road, Suite 103, Queen Creek, Arizona, 85142 as well as a properly recorded UCC-1 financing statement on all of the Debtor's assets. Pursuant to the Court approved Cash Collateral Stipulation, the amount owed, as of the Petition Date, was $674,557.59. Under the terms of the Cash Collateral Stipulation the Debtor has been tendering principal and interest payments in the amount of $6,266.92 per month since August, 2018. Upon information and belief, after the application of the adequate protection payments through and including February, 2019, the principal balance owed to Wells Fargo Bank is $650,333.88. Adequate protection payments shall continue until the effective date of the Plan but no later than through March, 2019.

As of April, 2019 the principal balance owed to Wells Fargo shall be $643,280.49. In addition to the principal balance owed, the Debtor owes to Wells Fargo pre petition interest of $13,221.42, an appraisal fee of $3,080.00, and legal fees of $15,090.98 for a total of $31,392.40 in accrued interest, fees and costs. This additional amount shall be added to the principal balance therefore, as of April, 2019 Wells Fargo's secured claim shall be $674,672.89 ("secured claim").

The secured claim of $674,672.89 shall be paid as follows:

1. Regardless of the entry of the Order Confirming the Plan, the Debtor shall tender to Wells Fargo's attorney, the sum of $15,000.00 on or before April 24, 2019. It is anticipated that these funds will be applied to the legal fees owed to Wells Fargo as described above.

2.     The remaining secured claim, in the amount of $659,672.89, with interest at the rate of 5.070% per annum, shall be amortized over a 15 year period with payments of $6,266.92 per month.  Payments shall be due on the 24th of each month beginning May 24, 2019 and the secured claim shall be fully due and payable on April 24, 2024 as stated in Exhibit "B" attached hereto and incorporated herein by reference.  In addition to this monthly payment, the Debtor shall maintain property taxes and insurance as necessary.  **This Class is impaired**.

Secured Claim - Maricopa County Treasurer (Class 2A) - Claim No. 2-2

The Maricopa County Treasurer is secured by the real estate taxes owed against Debtor's real property located at 20715 East Ocotillo Road, Suite 103, Queen Creek, Arizona, 85142 (Parcel No. 304-67-708) in the amount of $10,944.77 for tax years 2017 and 2018 as described in its Proof of Claim. The claim shall be paid with interest at 16% in monthly installments in accordance with 11 U.S.C. §1129(a)(9)(D) and as stated in Exhibit "A" until paid in full. Payments shall begin as of the effective date of the Confirmed Plan. All payments shall be made payable to the Maricopa County Treasurer and sent to the following address:

> Maricopa County Treasurer
> Attn: Cathy Sanchez
> 301 West Jefferson, Room 100
> Phoenix, AZ 85004

The Maricopa County Treasurer shall retain its lien until the taxes are paid in full. Post petition real property taxes shall be paid in the ordinary course of the Debtor's business with interest accruing at the statutory rate if not timely paid. **This Class is not impaired**.

Secured Claim - Queen Creek Office Park Condo Assoc (Class 2B) - Claim No.  5

Creditor secured by a Condominium Association Lien against Debtor's real property located at 20715 East Ocotillo Road, Suite 103, Queen Creek, Arizona, 85142 shall be paid a secured claim

in the amount of $18,135.52 in monthly installments as stated in Exhibit "A" until paid in full. Payments shall begin as of the effective date of the Confirmed Plan. **This Class is impaired**.

Secured Claim - Toyota Motor Credit Corp (Class 3) - Claim No. 7

Creditor secured by a 2016 Toyota Sequoia, Toyota Motor Credit Corp, shall be paid pursuant to the terms of its contract. **This Class is not impaired**.

Secured Claim - Navitas Credit Corp (Class 4) - No claim filed

Creditor secured by exercise equipment, Navitas Credit Corp, shall be paid pursuant to the terms of its contract. **This Class is not impaired**.

General Unsecured Claims (Class 5)

All allowed and approved claims under this Class shall be paid in full from all funds available for distribution as set forth in the Disbursement Schedule attached hereto as Exhibit "A". Interest in this Class shall not be paid unless required by law. It is anticipated that payments under this Class shall begin as of the effective date of the Confirmed Plan and shall increase over the life of the Plan as stated in Exhibit "A". **This Class is impaired.**

Class 5 shall be made up of the following creditors:

| Creditor Name | Claim No. | Claim Amount | Projected Dividend |
|---|---|---|---|
| United Healthcare Ins. Co. | 1 | $ 2,386.33 | $ 2,386.33 |
| BHG Bus./Pinnacle Bank | 3 | $ 8,681.55 | $ 8,681.55 |
| Capital One Bank | 6 | $ 15,412.20 | $ 15,412.20 |
| Bank of America | NC | $ 28,457.39 | $ 28,457.39 |
| Matsui Family | NC | $ 25,055.00 | $ 25,055.00 |
| Stan Carr (insider) | NC | $ 96,500.00 | $ 0.00 |
| | | | |
| TOTAL | | $176,492.47* | $ 79,992.47 |

*Includes amount owed to insider that is not provided for in the Projected Dividend column.

7

Debtor's Interest (Class 6).

Debtor shall retain all of the legal and equitable interest in assets of this estate, as all reconciliation issues have been met. All estate property shall vest in the Debtor at confirmation. **This is a non voting class.**

## IX. DISPUTED CLAIMS

The Debtor reserves the right to verify and object to any proof of claim. Payment of disputed claims shall be made only after agreement has been reached between the Debtor and the Creditor or upon the order of the Court. Any and all objections to proofs of claim will be filed within sixty (60) days of the Effective Date of this plan or will be waived.

## X. EXECUTORY CONTRACTS

The following executor contract shall be assumed by the Debtor:

Pitney Bowes - Mail Machine, Mail Station2 Serial No. ending 2995

The following month-to-month storage space shall be maintained by the Debtor on a month-to-month basis for so long as the Debtor maintains payments:

Right Space Self Storage

## VIII. MEANS OF EXECUTION/PROJECTION

This Plan will be a base Plan with payments of all approved and allowed claims to be made as set forth in the attached Disbursement Schedule. The funds necessary for the satisfaction of all approved and allowed claims will be derived from the Debtor's income from its operations.

The Debtor reserves the right to accelerate payment under the Plan from financing obtained either from third party financing or in the event that is revenues permit it to do so. Debtor believes that by virtue of the Plan that it will have the ability to pay all allowed and approved claims pursuant to the Plan of Reorganization.

8

# IX. QUARTERLY FEES AND REPORTS

Debtor shall continue to pay quarterly fees to the U.S. Trustee System until such time as a Final Decree has been entered in this matter by the Court, closing this Chapter 11 proceeding. Debtor shall continue to file monthly operating reports until such time as the Court enters an Order confirming this Chapter 11 Plan of Reorganization. At such time, Debtor shall cease filing monthly operating reports and shall begin filing 90 day reports. These 90 day reports shall be filed until such time as a Final Decree has been entered in this matter by the Court, closing this Chapter 11 proceeding.

# X. IMPLEMENTATION AND CONSUMMATION OF PLAN

The terms of the Plan subsequent to confirmation shall bind the Debtor, any entity acquiring property under the Plan, and creditor or claimant, whether or not such creditor or claimant has accepted the Plan. All property of the estate shall vest in the Debtor and shall be free from attachment, levy, garnishment or execution by creditors bound by the Plan. It shall be the obligation of each creditor participating under the Plan to keep the Debtor advised of its current mailing address. In the event any payments tendered to creditors are mailed, postage prepaid, addressed (1) to the address specified in the Debtor's schedules and statement, (2) to the address specified in any proof of claim filed by a creditor or claimant herein or (3) to the address provided by any such creditor or claimant for purposes of distribution, and if subsequently the Post Office returns such distribution due to a lack or insufficiency of address or forwarding address, the Debtor shall retain such distribution for a period of six months. Thereafter, the distribution shall revert to the Debtor without further Order of the Court and free and clear of any claim of the named distributee. The Debtor shall thereafter not be required to mail subsequent distributions to any creditor for whom a

distribution has been returned by the Post Office. The Debtor reserve the right to modify the Plan in accordance with §1127 of the Bankruptcy Code. The Plan may be modified prior to confirmation provided that the Plan still complies with §1122 and §1123 of the Bankruptcy Code. The Plan may be modified subsequent to confirmation and before substantial consummation of the Plan under such circumstances as may warrant such under §1123 of the Bankruptcy Code. Any holder of a claim or interest that has been previously accepted or rejected a confirmed Plan, shall be deemed to have accepted or rejected any subsequently modified Plan unless the holder of such claim or interest changes its acceptance or rejection of the Plan within the time fixed by the Court. Confirmation of the Plan discharges the debtor pursuant to 11 U.S.C. §1141.

## XI. DEFAULT

The Debtor's failure to make any payment due under the Plan within sixty (60) days after demand for payment after its due date shall constitute a default unless the Debtor and the affected creditor agree to delayed payment. Any event of default occurring with respect to one (1) claim shall not be an event of default with respect to any other claim. If any default is cured within the sixty (60) day cure period, then the Creditor shall not be entitled to enforce any remedies which would be otherwise available on account of the default.

The Notice of Default shall be effective when served simultaneously upon the Debtor and Debtor's counsel. Any Notice of Default must be sent in writing to both the Debtor and the Debtor's counsel at the addresses listed below:

> Spine Orthopedic & Sports Physical Therapy
> 20715 East Ocotillo Road
> Suite 103
> Queen Creek, AZ 85142

Allan D. NewDelman
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012

If the default is not timely cured, creditor(s) may pursue any remedy provided by the state or federal law, including foreclosing any security interest, suing on any promissory note issued or continued in effect under the Plan.

Should any creditor, under the terms of the Plan of Reorganization and the Confirmation Order provide, written Notice of Default as provided herein and the Debtor objects to said Notice of Default within the time frame provided under the Default Notice, no action may be taken by the creditor if the Debtor timely files an Objection to the Notice of Default and requests an Emergency Hearing to resolve the stated dispute. The Creditor may only proceed with its default remedies hereunder should the Court overrule Debtor's Objection or as may otherwise be directed by the Court.

## XII. CLOSING OF CASE

The Debtor may seek a final decree and an Order closing this case upon the conclusion of all administrative matters and provided that the Debtor has commenced payments required to be made pursuant to the Plan of Reorganization.

**ALL CREDITORS SHALL REMAIN BOUND BY TERMS AND CONDITIONS SET FORTH IN THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION. NO CREDITOR SHALL BE ALLOWED TO TAKE ANY COLLECTION ACTION AGAINST THE DEBTOR AS LONG AS THE DEBTOR REMAINS IN COMPLIANCE WITH HIS PLAN OF REORGANIZATION.**

11

## XIII. RETENTION OF JURISDICTION

The Bankruptcy Court will retain jurisdiction over this case for purposes of determining the allowance of claims or objections to claims. The Court will also retain jurisdiction for purposes of fixing allowances for compensation and/or for purposes of determining the allowability of any other claimed administrative expenses. The Court will also retain jurisdiction for the purpose of establishing bar dates and making a determination with respect to all disputed claims. Finally, the Court shall retain jurisdiction for purposes of determining any dispute arising from the interpretation, implementation or consummation of the Plan and to implement and enforce the provisions of the Plan, including but not limited to the objection by the Debtor to any Notice of Default pursuant to Article XI of the Plan or the Order Confirming. Notwithstanding anything to the contrary contained herein, the Debtor shall not be bound by estoppel, the principles of res judicata or collateral estoppel with respect to any term or provision contained herein in the event the Plan is not confirmed.

DATED this ___11___ day of February, 2019.

ALLAN D. NEWDELMAN, P.C.

/s/ ADN 004066
_____
Allan D. NewDelman, Esq.
Attorney for Debtor

12

The above 12 page Chapter 11 Plan
of Reorganization plus exhibits are
approved as to form and content:

Spine Orthopedic & Sports Physical Therapy, Inc.


By _____
Jeff M. Carr, President

# EXHIBIT "A"
## TO THE CHAPTER 11 PLAN

# Spine Orthopedic & Sports Physical Therapy, Inc
## USBC 2:18-bk-07978 PS
### Distribution of Payments to Made Under Chapter 11 Plan

| Payment Period | ADN Admin Claim | Maricopa Cnty Treasurer Secured Claim | Queen Creek Condo Assoc Secured Claim | General Unsecured Claims | Total Monthly Payment |
|---|---|---|---|---|---|
| Month 1 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 2 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 3 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 4 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 5 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 6 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 7 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 8 | 1,000.00 | 293.14 | 103.43 | 103.43 | **1,500.00** |
| Month 9 | 50.55 | 293.14 | 578.16 | 578.15 | **1,500.00** |
| Month 10 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 11 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 12 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| **YEAR 1 TOTALS** | **$8,050.55** | **$3,517.68** | **$3,215.89** | **$3,215.88** | **$18,000.00** |
| Month 13 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 14 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 15 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 16 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 17 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 18 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 19 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 20 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 21 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 22 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 23 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| Month 24 | 0.00 | 293.14 | 603.43 | 603.43 | **1,500.00** |
| **YEAR 2 TOTALS** | **$0.00** | **$3,517.68** | **$7,241.16** | **$7,241.16** | **$18,000.00** |

# Spine Orthopedic & Sports Physical Therapy, Inc
## USBC 2:18-bk-07978 PS
### Distribution of Payments to Made Under Chapter 11 Plan

| Payment Period | ADN Admin Claim | Maricopa Cnty Treasurer Secured Claim | Queen Creek Condo Assoc Secured Claim | General Unsecured Claims | Total Monthly Payment |
|---|---|---|---|---|---|
| Month 49 | 0.00 | 293.14 | 0.00 | 1,206.86 | **1,500.00** |
| Month 50 | 0.00 | 293.14 | 0.00 | 1,206.86 | **1,500.00** |
| Month 51 | 0.00 | 293.14 | 0.00 | 1,206.86 | **1,500.00** |
| Month 52 | 0.00 | 293.82 | 0.00 | 1,206.18 | **1,500.00** |
| Month 53 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 54 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 55 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 56 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 57 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 58 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 59 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 60 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| Month 61 | 0.00 | 0.00 | 0.00 | 31,422.50 | **31,422.50** |
| **YEAR 5 TOTALS** | **$0.00** | **$1,173.24** | **$0.00** | **$48,249.26** | **$49,422.50** |
| **GRAND TOTALS** | **$8,050.55** | **$15,243.96** | **$18,135.52** | **$79,992.47** | **$121,422.50** |
| | 8,050.55 | 15,243.96 | 18,135.52 | 79,992.47 | **121,422.50** |

**Spine Orthopedic & Sports Physical Therapy, Inc.**
**USBC 2:18-bk-07978 PS**
**Pro Rata Share for Unsecured Creditors in Class 5**
**RECAP - total dollars to each unsecured creditor over life of Plan (61 months)**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Plan Payment | Amount to be paid over life of plan | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co. | No 1 | 2,386.33 | 2.98% | 79,992.47 | 2,386.33 | |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 79,992.47 | 8,681.55 | |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 79,992.47 | 15,412.20 | |
| Bank of America | NC | 28,457.39 | 35.58% | 79,992.47 | 28,457.39 | |
| Matsui Family | NC | 25,055.00 | 31.32% | 79,992.47 | 25,055.00 | |
| | | | | | | |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$79,992.47** | **100.00%** |

## Spine Orthopedic & Sports Physical Therapy, Inc.
## USBC 2:18-bk-07978 PS
## Pro Rata Share for Unsecured Creditors in Class 5
## Months 1 through 8

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Months 1 - 8 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 103.43 | 3.09 | 0.0039% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 103.43 | 11.23 | 0.0140% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 103.43 | 19.93 | 0.0249% |
| Bank of America | NC | 28,457.39 | 35.58% | 103.43 | 36.80 | 0.0460% |
| Matsui Family | NC | 25,055.00 | 31.32% | 103.43 | 32.40 | 0.0405% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$103.43** | **0.13%** |

# Spine Orthopedic & Sports Physical Therapy, Inc.
## USBC 2:18-bk-07978 PS
### Pro Rata Share for Unsecured Creditors in Class 5
#### Month 9

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Month 9 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 578.15 | 17.25 | 0.0216% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 578.15 | 62.75 | 0.0784% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 578.15 | 111.39 | 0.1393% |
| Bank of America | NC | 28,457.39 | 35.58% | 578.15 | 205.68 | 0.2571% |
| Matsui Family | NC | 25,055.00 | 31.32% | 578.15 | 181.09 | 0.2264% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$578.15** | **0.72%** |

# Spine Orthopedic & Sports Physical Therapy, Inc.
## USBC 2:18-bk-07978 PS
### Pro Rata Share for Unsecured Creditors in Class 5
### Months 10 - 36

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Months 10 - 36 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 603.43 | 18.00 | 0.0225% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 603.43 | 65.49 | 0.0819% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 603.43 | 116.26 | 0.1453% |
| Bank of America | NC | 28,457.39 | 35.58% | 603.43 | 214.67 | 0.2684% |
| Matsui Family | NC | 25,055.00 | 31.32% | 603.43 | 189.00 | 0.2363% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$603.43** | **0.75%** |

## Spine Orthopedic & Sports Physical Therapy, Inc.
### USBC 2:18-bk-07978 PS
### Pro Rata Share for Unsecured Creditors in Class 5
### Month 37

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Month 37 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 769.55 | 22.96 | 0.0287% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 769.55 | 83.52 | 0.1044% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 769.55 | 148.27 | 0.1854% |
| Bank of America | NC | 28,457.39 | 35.58% | 769.55 | 273.77 | 0.3422% |
| Matsui Family | NC | 25,055.00 | 31.32% | 769.55 | 241.04 | 0.3013% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$769.55** | **0.96%** |

**Spine Orthopedic & Sports Physical Therapy, Inc.**
**USBC 2:18-bk-07978 PS**
**Pro Rata Share for Unsecured Creditors in Class 5**
**Months 38 - 51**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Months 38 - 51 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 1,206.86 | 36.00 | 0.0450% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 1,206.86 | 130.98 | 0.1637% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 1,206.86 | 232.53 | 0.2907% |
| Bank of America | NC | 28,457.39 | 35.58% | 1,206.86 | 429.34 | 0.5367% |
| Matsui Family | NC | 25,055.00 | 31.32% | 1,206.86 | 378.01 | 0.4726% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$1,206.86** | **1.51%** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Month 52 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 1,206.18 | 35.98 | 0.0450% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 1,206.18 | 130.91 | 0.1636% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 1,206.18 | 232.40 | 0.2905% |
| Bank of America | NC | 28,457.39 | 35.58% | 1,206.18 | 429.10 | 0.5364% |
| Matsui Family | NC | 25,055.00 | 31.32% | 1,206.18 | 377.80 | 0.4723% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$1,206.18** | **1.51%** |

**Spine Orthopedic & Sports Physical Therapy, Inc.**
**USBC 2:18-bk-07978 PS**
**Pro Rata Share for Unsecured Creditors in Class 5**
**Months 53 - 60**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Months 53 - 60 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 1,500.00 | 44.75 | 0.0559% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 1,500.00 | 162.79 | 0.2035% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 1,500.00 | 289.01 | 0.3613% |
| Bank of America | NC | 28,457.39 | 35.58% | 1,500.00 | 533.63 | 0.6671% |
| Matsui Family | NC | 25,055.00 | 31.32% | 1,500.00 | 469.83 | 0.5873% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$1,500.00** | **1.88%** |

## Spine Orthopedic & Sports Physical Therapy, Inc.
## USBC 2:18-bk-07978 PS
## Pro Rata Share for Unsecured Creditors in Class 5
## Month 61

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Month 61 Payment | Amount to be Paid Each Month | Yield to Creditor |
|---|---|---|---|---|---|---|
| United Healthcare Ins. Co | No 1 | 2,386.33 | 2.98% | 31,422.50 | 937.39 | 1.1719% |
| BHG Bus./Pinnacle Bank | No 3 | 8,681.55 | 10.85% | 31,422.50 | 3,410.27 | 4.2632% |
| Capital One Bank | No 6 | 15,412.20 | 19.27% | 31,422.50 | 6,054.19 | 7.5685% |
| Bank of America | NC | 28,457.39 | 35.58% | 31,422.50 | 11,178.58 | 13.9745% |
| Matsui Family | NC | 25,055.00 | 31.32% | 31,422.50 | 9,842.06 | 12.3037% |
| **TOTALS** | | **$79,992.47** | **100.00%** | | **$31,422.50** | **39.28%** |

**EXHIBIT "B"**
**TO THE CHAPTER 11 PLAN**

# Amortization Schedule

**Title:** **SOS - PAYMENT SCHEDULE TO WELLS FARGO BANK**

| | |
|---|---|
| **Loan amount:** $659,672.89 | **Interest rate:** 5.07    **Payment type:** Normal |
| **Amortization period:** 15 Years | **Compounding:** Simple Interest (U.S. Rule) |
| **Payments made:** Monthly | **Accelerated?** No    **Day Count Convention:** 30/360 |

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/24/2019 | $6,266.92 | $3,479.80 | $2,787.12 | $0.00 | $2,787.12 | $656,193.09 | $0.00 |
| 2 | 6/24/2019 | $6,266.92 | $3,494.50 | $2,772.42 | $0.00 | $5,559.54 | $652,698.59 | $0.00 |
| 3 | 7/24/2019 | $6,266.92 | $3,509.27 | $2,757.65 | $0.00 | $8,317.19 | $649,189.32 | $0.00 |
| 4 | 8/24/2019 | $6,266.92 | $3,524.10 | $2,742.82 | $0.00 | $11,060.01 | $645,665.22 | $0.00 |
| 5 | 9/24/2019 | $6,266.92 | $3,538.98 | $2,727.94 | $0.00 | $13,787.95 | $642,126.24 | $0.00 |
| 6 | 10/24/2019 | $6,266.92 | $3,553.94 | $2,712.98 | $0.00 | $16,500.93 | $638,572.30 | $0.00 |
| 7 | 11/24/2019 | $6,266.92 | $3,568.95 | $2,697.97 | $0.00 | $19,198.90 | $635,003.35 | $0.00 |
| 8 | 12/24/2019 | $6,266.92 | $3,584.03 | $2,682.89 | $0.00 | $21,881.79 | $631,419.32 | $0.00 |
| **Annual Summary as of: 12/31/2019** | | | | | | | | |
| | | $50,135.36 | $28,253.57 | $21,881.79 | $0.00 | $21,881.79 | $631,419.32 | $0.00 |
| 9 | 1/24/2020 | $6,266.92 | $3,599.17 | $2,667.75 | $0.00 | $24,549.54 | $627,820.15 | $0.00 |
| 10 | 2/24/2020 | $6,266.92 | $3,614.38 | $2,652.54 | $0.00 | $27,202.08 | $624,205.77 | $0.00 |
| 11 | 3/24/2020 | $6,266.92 | $3,629.65 | $2,637.27 | $0.00 | $29,839.35 | $620,576.12 | $0.00 |
| 12 | 4/24/2020 | $6,266.92 | $3,644.99 | $2,621.93 | $0.00 | $32,461.28 | $616,931.13 | $0.00 |
| 13 | 5/24/2020 | $6,266.92 | $3,660.39 | $2,606.53 | $0.00 | $35,067.81 | $613,270.74 | $0.00 |
| 14 | 6/24/2020 | $6,266.92 | $3,675.85 | $2,591.07 | $0.00 | $37,658.88 | $609,594.89 | $0.00 |
| 15 | 7/24/2020 | $6,266.92 | $3,691.38 | $2,575.54 | $0.00 | $40,234.42 | $605,903.51 | $0.00 |
| 16 | 8/24/2020 | $6,266.92 | $3,706.98 | $2,559.94 | $0.00 | $42,794.36 | $602,196.53 | $0.00 |
| 17 | 9/24/2020 | $6,266.92 | $3,722.64 | $2,544.28 | $0.00 | $45,338.64 | $598,473.89 | $0.00 |
| 18 | 10/24/2020 | $6,266.92 | $3,738.37 | $2,528.55 | $0.00 | $47,867.19 | $594,735.52 | $0.00 |
| 19 | 11/24/2020 | $6,266.92 | $3,754.16 | $2,512.76 | $0.00 | $50,379.95 | $590,981.36 | $0.00 |
| 20 | 12/24/2020 | $6,266.92 | $3,770.02 | $2,496.90 | $0.00 | $52,876.85 | $587,211.34 | $0.00 |
| **Annual Summary as of: 12/31/2020** | | | | | | | | |
| | | $75,203.04 | $44,207.98 | $30,995.06 | $0.00 | $52,876.85 | $587,211.34 | $0.00 |
| 21 | 1/24/2021 | $6,266.92 | $3,785.95 | $2,480.97 | $0.00 | $55,357.82 | $583,425.39 | $0.00 |
| 22 | 2/24/2021 | $6,266.92 | $3,801.95 | $2,464.97 | $0.00 | $57,822.79 | $579,623.44 | $0.00 |
| 23 | 3/24/2021 | $6,266.92 | $3,818.01 | $2,448.91 | $0.00 | $60,271.70 | $575,805.43 | $0.00 |
| 24 | 4/24/2021 | $6,266.92 | $3,834.14 | $2,432.78 | $0.00 | $62,704.48 | $571,971.29 | $0.00 |
| 25 | 5/24/2021 | $6,266.92 | $3,850.34 | $2,416.58 | $0.00 | $65,121.06 | $568,120.95 | $0.00 |
| 26 | 6/24/2021 | $6,266.92 | $3,866.61 | $2,400.31 | $0.00 | $67,521.37 | $564,254.34 | $0.00 |
| 27 | 7/24/2021 | $6,266.92 | $3,882.95 | $2,383.97 | $0.00 | $69,905.34 | $560,371.39 | $0.00 |
| 28 | 8/24/2021 | $6,266.92 | $3,899.35 | $2,367.57 | $0.00 | $72,272.91 | $556,472.04 | $0.00 |
| 29 | 9/24/2021 | $6,266.92 | $3,915.83 | $2,351.09 | $0.00 | $74,624.00 | $552,556.21 | $0.00 |
| 30 | 10/24/2021 | $6,266.92 | $3,932.37 | $2,334.55 | $0.00 | $76,958.55 | $548,623.84 | $0.00 |
| 31 | 11/24/2021 | $6,266.92 | $3,948.98 | $2,317.94 | $0.00 | $79,276.49 | $544,674.86 | $0.00 |
| 32 | 12/24/2021 | $6,266.92 | $3,965.67 | $2,301.25 | $0.00 | $81,577.74 | $540,709.19 | $0.00 |
| **Annual Summary as of: 12/31/2021** | | | | | | | | |
| | | $75,203.04 | $46,502.15 | $28,700.89 | $0.00 | $81,577.74 | $540,709.19 | $0.00 |
| 33 | 1/24/2022 | $6,266.92 | $3,982.42 | $2,284.50 | $0.00 | $83,862.24 | $536,726.77 | $0.00 |

# Amortization Schedule

**Title: SOS - PAYMENT SCHEDULE TO WELLS FARGO BANK**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 34 | 2/24/2022 | $6,266.92 | $3,999.25 | $2,267.67 | $0.00 | $86,129.91 | $532,727.52 | $0.00 |
| 35 | 3/24/2022 | $6,266.92 | $4,016.15 | $2,250.77 | $0.00 | $88,380.68 | $528,711.37 | $0.00 |
| 36 | 4/24/2022 | $6,266.92 | $4,033.11 | $2,233.81 | $0.00 | $90,614.49 | $524,678.26 | $0.00 |
| 37 | 5/24/2022 | $6,266.92 | $4,050.15 | $2,216.77 | $0.00 | $92,831.26 | $520,628.11 | $0.00 |
| 38 | 6/24/2022 | $6,266.92 | $4,067.27 | $2,199.65 | $0.00 | $95,030.91 | $516,560.84 | $0.00 |
| 39 | 7/24/2022 | $6,266.92 | $4,084.45 | $2,182.47 | $0.00 | $97,213.38 | $512,476.39 | $0.00 |
| 40 | 8/24/2022 | $6,266.92 | $4,101.71 | $2,165.21 | $0.00 | $99,378.59 | $508,374.68 | $0.00 |
| 41 | 9/24/2022 | $6,266.92 | $4,119.04 | $2,147.88 | $0.00 | $101,526.47 | $504,255.64 | $0.00 |
| 42 | 10/24/2022 | $6,266.92 | $4,136.44 | $2,130.48 | $0.00 | $103,656.95 | $500,119.20 | $0.00 |
| 43 | 11/24/2022 | $6,266.92 | $4,153.92 | $2,113.00 | $0.00 | $105,769.95 | $495,965.28 | $0.00 |
| 44 | 12/24/2022 | $6,266.92 | $4,171.47 | $2,095.45 | $0.00 | $107,865.40 | $491,793.81 | $0.00 |

**Annual Summary as of: 12/31/2022**

| | | $75,203.04 | $48,915.38 | $26,287.66 | $0.00 | $107,865.40 | $491,793.81 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 45 | 1/24/2023 | $6,266.92 | $4,189.09 | $2,077.83 | $0.00 | $109,943.23 | $487,604.72 | $0.00 |
| 46 | 2/24/2023 | $6,266.92 | $4,206.79 | $2,060.13 | $0.00 | $112,003.36 | $483,397.93 | $0.00 |
| 47 | 3/24/2023 | $6,266.92 | $4,224.56 | $2,042.36 | $0.00 | $114,045.72 | $479,173.37 | $0.00 |
| 48 | 4/24/2023 | $6,266.92 | $4,242.41 | $2,024.51 | $0.00 | $116,070.23 | $474,930.96 | $0.00 |
| 49 | 5/24/2023 | $6,266.92 | $4,260.34 | $2,006.58 | $0.00 | $118,076.81 | $470,670.62 | $0.00 |
| 50 | 6/24/2023 | $6,266.92 | $4,278.34 | $1,988.58 | $0.00 | $120,065.39 | $466,392.28 | $0.00 |
| 51 | 7/24/2023 | $6,266.92 | $4,296.41 | $1,970.51 | $0.00 | $122,035.90 | $462,095.87 | $0.00 |
| 52 | 8/24/2023 | $6,266.92 | $4,314.56 | $1,952.36 | $0.00 | $123,988.26 | $457,781.31 | $0.00 |
| 53 | 9/24/2023 | $6,266.92 | $4,332.79 | $1,934.13 | $0.00 | $125,922.39 | $453,448.52 | $0.00 |
| 54 | 10/24/2023 | $6,266.92 | $4,351.10 | $1,915.82 | $0.00 | $127,838.21 | $449,097.42 | $0.00 |
| 55 | 11/24/2023 | $6,266.92 | $4,369.48 | $1,897.44 | $0.00 | $129,735.65 | $444,727.94 | $0.00 |
| 56 | 12/24/2023 | $6,266.92 | $4,387.94 | $1,878.98 | $0.00 | $131,614.63 | $440,340.00 | $0.00 |

**Annual Summary as of: 12/31/2023**

| | | $75,203.04 | $51,453.81 | $23,749.23 | $0.00 | $131,614.63 | $440,340.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 57 | 1/24/2024 | $6,266.92 | $4,406.48 | $1,860.44 | $0.00 | $133,475.07 | $435,933.52 | $0.00 |
| 58 | 2/24/2024 | $6,266.92 | $4,425.10 | $1,841.82 | $0.00 | $135,316.89 | $431,508.42 | $0.00 |
| 59 | 3/24/2024 | $6,266.92 | $4,443.80 | $1,823.12 | $0.00 | $137,140.01 | $427,064.62 | $0.00 |
| 60 | 4/24/2024 | $6,266.92 | $4,462.57 | $1,804.35 | $0.00 | $138,944.36 | $422,602.05 | $0.00 |
| 61 | 5/24/2024 | $6,266.92 | $4,481.43 | $1,785.49 | $0.00 | $140,729.85 | $418,120.62 | $0.00 |
| 62 | 6/24/2024 | $6,266.92 | $4,500.36 | $1,766.56 | $0.00 | $142,496.41 | $413,620.26 | $0.00 |
| 63 | 7/24/2024 | $6,266.92 | $4,519.37 | $1,747.55 | $0.00 | $144,243.96 | $409,100.89 | $0.00 |
| 64 | 8/24/2024 | $6,266.92 | $4,538.47 | $1,728.45 | $0.00 | $145,972.41 | $404,562.42 | $0.00 |
| 65 | 9/24/2024 | $6,266.92 | $4,557.64 | $1,709.28 | $0.00 | $147,681.69 | $400,004.78 | $0.00 |
| 66 | 10/24/2024 | $6,266.92 | $4,576.90 | $1,690.02 | $0.00 | $149,371.71 | $395,427.88 | $0.00 |
| 67 | 11/24/2024 | $6,266.92 | $4,596.24 | $1,670.68 | $0.00 | $151,042.39 | $390,831.64 | $0.00 |
| 68 | 12/24/2024 | $6,266.92 | $4,615.66 | $1,651.26 | $0.00 | $152,693.65 | $386,215.98 | $0.00 |

**Annual Summary as of: 12/31/2024**

| | | $75,203.04 | $54,124.02 | $21,079.02 | $0.00 | $152,693.65 | $386,215.98 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 69 | 1/24/2025 | $6,266.92 | $4,635.16 | $1,631.76 | $0.00 | $154,325.41 | $381,580.82 | $0.00 |
| 70 | 2/24/2025 | $6,266.92 | $4,654.74 | $1,612.18 | $0.00 | $155,937.59 | $376,926.08 | $0.00 |

# Amortization Schedule

**Title: SOS - PAYMENT SCHEDULE TO WELLS FARGO BANK**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 71 | 3/24/2025 | $6,266.92 | $4,674.41 | $1,592.51 | $0.00 | $157,530.10 | $372,251.67 | $0.00 |
| 72 | 4/24/2025 | $6,266.92 | $4,694.16 | $1,572.76 | $0.00 | $159,102.86 | $367,557.51 | $0.00 |
| 73 | 5/24/2025 | $6,266.92 | $4,713.99 | $1,552.93 | $0.00 | $160,655.79 | $362,843.52 | $0.00 |
| 74 | 6/24/2025 | $6,266.92 | $4,733.91 | $1,533.01 | $0.00 | $162,188.80 | $358,109.61 | $0.00 |
| 75 | 7/24/2025 | $6,266.92 | $4,753.91 | $1,513.01 | $0.00 | $163,701.81 | $353,355.70 | $0.00 |
| 76 | 8/24/2025 | $6,266.92 | $4,773.99 | $1,492.93 | $0.00 | $165,194.74 | $348,581.71 | $0.00 |
| 77 | 9/24/2025 | $6,266.92 | $4,794.16 | $1,472.76 | $0.00 | $166,667.50 | $343,787.55 | $0.00 |
| 78 | 10/24/2025 | $6,266.92 | $4,814.42 | $1,452.50 | $0.00 | $168,120.00 | $338,973.13 | $0.00 |
| 79 | 11/24/2025 | $6,266.92 | $4,834.76 | $1,432.16 | $0.00 | $169,552.16 | $334,138.37 | $0.00 |
| 80 | 12/24/2025 | $6,266.92 | $4,855.19 | $1,411.73 | $0.00 | $170,963.89 | $329,283.18 | $0.00 |
| **Annual Summary as of: 12/31/2025** | | | | | | | | |
| | | $75,203.04 | $56,932.80 | $18,270.24 | $0.00 | $170,963.89 | $329,283.18 | $0.00 |
| 81 | 1/24/2026 | $6,266.92 | $4,875.70 | $1,391.22 | $0.00 | $172,355.11 | $324,407.48 | $0.00 |
| 82 | 2/24/2026 | $6,266.92 | $4,896.30 | $1,370.62 | $0.00 | $173,725.73 | $319,511.18 | $0.00 |
| 83 | 3/24/2026 | $6,266.92 | $4,916.99 | $1,349.93 | $0.00 | $175,075.66 | $314,594.19 | $0.00 |
| 84 | 4/24/2026 | $6,266.92 | $4,937.76 | $1,329.16 | $0.00 | $176,404.82 | $309,656.43 | $0.00 |
| 85 | 5/24/2026 | $6,266.92 | $4,958.62 | $1,308.30 | $0.00 | $177,713.12 | $304,697.81 | $0.00 |
| 86 | 6/24/2026 | $6,266.92 | $4,979.57 | $1,287.35 | $0.00 | $179,000.47 | $299,718.24 | $0.00 |
| 87 | 7/24/2026 | $6,266.92 | $5,000.61 | $1,266.31 | $0.00 | $180,266.78 | $294,717.63 | $0.00 |
| 88 | 8/24/2026 | $6,266.92 | $5,021.74 | $1,245.18 | $0.00 | $181,511.96 | $289,695.89 | $0.00 |
| 89 | 9/24/2026 | $6,266.92 | $5,042.95 | $1,223.97 | $0.00 | $182,735.93 | $284,652.94 | $0.00 |
| 90 | 10/24/2026 | $6,266.92 | $5,064.26 | $1,202.66 | $0.00 | $183,938.59 | $279,588.68 | $0.00 |
| 91 | 11/24/2026 | $6,266.92 | $5,085.66 | $1,181.26 | $0.00 | $185,119.85 | $274,503.02 | $0.00 |
| 92 | 12/24/2026 | $6,266.92 | $5,107.14 | $1,159.78 | $0.00 | $186,279.63 | $269,395.88 | $0.00 |
| **Annual Summary as of: 12/31/2026** | | | | | | | | |
| | | $75,203.04 | $59,887.30 | $15,315.74 | $0.00 | $186,279.63 | $269,395.88 | $0.00 |
| 93 | 1/24/2027 | $6,266.92 | $5,128.72 | $1,138.20 | $0.00 | $187,417.83 | $264,267.16 | $0.00 |
| 94 | 2/24/2027 | $6,266.92 | $5,150.39 | $1,116.53 | $0.00 | $188,534.36 | $259,116.77 | $0.00 |
| 95 | 3/24/2027 | $6,266.92 | $5,172.15 | $1,094.77 | $0.00 | $189,629.13 | $253,944.62 | $0.00 |
| 96 | 4/24/2027 | $6,266.92 | $5,194.00 | $1,072.92 | $0.00 | $190,702.05 | $248,750.62 | $0.00 |
| 97 | 5/24/2027 | $6,266.92 | $5,215.95 | $1,050.97 | $0.00 | $191,753.02 | $243,534.67 | $0.00 |
| 98 | 6/24/2027 | $6,266.92 | $5,237.99 | $1,028.93 | $0.00 | $192,781.95 | $238,296.68 | $0.00 |
| 99 | 7/24/2027 | $6,266.92 | $5,260.12 | $1,006.80 | $0.00 | $193,788.75 | $233,036.56 | $0.00 |
| 100 | 8/24/2027 | $6,266.92 | $5,282.34 | $984.58 | $0.00 | $194,773.33 | $227,754.22 | $0.00 |
| 101 | 9/24/2027 | $6,266.92 | $5,304.66 | $962.26 | $0.00 | $195,735.59 | $222,449.56 | $0.00 |
| 102 | 10/24/2027 | $6,266.92 | $5,327.07 | $939.85 | $0.00 | $196,675.44 | $217,122.49 | $0.00 |
| 103 | 11/24/2027 | $6,266.92 | $5,349.58 | $917.34 | $0.00 | $197,592.78 | $211,772.91 | $0.00 |
| 104 | 12/24/2027 | $6,266.92 | $5,372.18 | $894.74 | $0.00 | $198,487.52 | $206,400.73 | $0.00 |
| **Annual Summary as of: 12/31/2027** | | | | | | | | |
| | | $75,203.04 | $62,995.15 | $12,207.89 | $0.00 | $198,487.52 | $206,400.73 | $0.00 |
| 105 | 1/24/2028 | $6,266.92 | $5,394.88 | $872.04 | $0.00 | $199,359.56 | $201,005.85 | $0.00 |
| 106 | 2/24/2028 | $6,266.92 | $5,417.67 | $849.25 | $0.00 | $200,208.81 | $195,588.18 | $0.00 |
| 107 | 3/24/2028 | $6,266.92 | $5,440.56 | $826.36 | $0.00 | $201,035.17 | $190,147.62 | $0.00 |

# Amortization Schedule

**Title: SOS - PAYMENT SCHEDULE TO WELLS FARGO BANK**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 108 | 4/24/2028 | $6,266.92 | $5,463.55 | $803.37 | $0.00 | $201,838.54 | $184,684.07 | $0.00 |
| 109 | 5/24/2028 | $6,266.92 | $5,486.63 | $780.29 | $0.00 | $202,618.83 | $179,197.44 | $0.00 |
| 110 | 6/24/2028 | $6,266.92 | $5,509.81 | $757.11 | $0.00 | $203,375.94 | $173,687.63 | $0.00 |
| 111 | 7/24/2028 | $6,266.92 | $5,533.09 | $733.83 | $0.00 | $204,109.77 | $168,154.54 | $0.00 |
| 112 | 8/24/2028 | $6,266.92 | $5,556.47 | $710.45 | $0.00 | $204,820.22 | $162,598.07 | $0.00 |
| 113 | 9/24/2028 | $6,266.92 | $5,579.94 | $686.98 | $0.00 | $205,507.20 | $157,018.13 | $0.00 |
| 114 | 10/24/2028 | $6,266.92 | $5,603.52 | $663.40 | $0.00 | $206,170.60 | $151,414.61 | $0.00 |
| 115 | 11/24/2028 | $6,266.92 | $5,627.19 | $639.73 | $0.00 | $206,810.33 | $145,787.42 | $0.00 |
| 116 | 12/24/2028 | $6,266.92 | $5,650.97 | $615.95 | $0.00 | $207,426.28 | $140,136.45 | $0.00 |
| Annual Summary as of: 12/31/2028 | | | | | | | | |
| | | $75,203.04 | $66,264.28 | $8,938.76 | $0.00 | $207,426.28 | $140,136.45 | $0.00 |
| 117 | 1/24/2029 | $6,266.92 | $5,674.84 | $592.08 | $0.00 | $208,018.36 | $134,461.61 | $0.00 |
| 118 | 2/24/2029 | $6,266.92 | $5,698.82 | $568.10 | $0.00 | $208,586.46 | $128,762.79 | $0.00 |
| 119 | 3/24/2029 | $6,266.92 | $5,722.90 | $544.02 | $0.00 | $209,130.48 | $123,039.89 | $0.00 |
| 120 | 4/24/2029 | $6,266.92 | $5,747.08 | $519.84 | $0.00 | $209,650.32 | $117,292.81 | $0.00 |
| 121 | 5/24/2029 | $6,266.92 | $5,771.36 | $495.56 | $0.00 | $210,145.88 | $111,521.45 | $0.00 |
| 122 | 6/24/2029 | $6,266.92 | $5,795.74 | $471.18 | $0.00 | $210,617.06 | $105,725.71 | $0.00 |
| 123 | 7/24/2029 | $6,266.92 | $5,820.23 | $446.69 | $0.00 | $211,063.75 | $99,905.48 | $0.00 |
| 124 | 8/24/2029 | $6,266.92 | $5,844.82 | $422.10 | $0.00 | $211,485.85 | $94,060.66 | $0.00 |
| 125 | 9/24/2029 | $6,266.92 | $5,869.51 | $397.41 | $0.00 | $211,883.26 | $88,191.15 | $0.00 |
| 126 | 10/24/2029 | $6,266.92 | $5,894.31 | $372.61 | $0.00 | $212,255.87 | $82,296.84 | $0.00 |
| 127 | 11/24/2029 | $6,266.92 | $5,919.22 | $347.70 | $0.00 | $212,603.57 | $76,377.62 | $0.00 |
| 128 | 12/24/2029 | $6,266.92 | $5,944.22 | $322.70 | $0.00 | $212,926.27 | $70,433.40 | $0.00 |
| Annual Summary as of: 12/31/2029 | | | | | | | | |
| | | $75,203.04 | $69,703.05 | $5,499.99 | $0.00 | $212,926.27 | $70,433.40 | $0.00 |
| 129 | 1/24/2030 | $6,266.92 | $5,969.34 | $297.58 | $0.00 | $213,223.85 | $64,464.06 | $0.00 |
| 130 | 2/24/2030 | $6,266.92 | $5,994.56 | $272.36 | $0.00 | $213,496.21 | $58,469.50 | $0.00 |
| 131 | 3/24/2030 | $6,266.92 | $6,019.89 | $247.03 | $0.00 | $213,743.24 | $52,449.61 | $0.00 |
| 132 | 4/24/2030 | $6,266.92 | $6,045.32 | $221.60 | $0.00 | $213,964.84 | $46,404.29 | $0.00 |
| 133 | 5/24/2030 | $6,266.92 | $6,070.86 | $196.06 | $0.00 | $214,160.90 | $40,333.43 | $0.00 |
| 134 | 6/24/2030 | $6,266.92 | $6,096.51 | $170.41 | $0.00 | $214,331.31 | $34,236.92 | $0.00 |
| 135 | 7/24/2030 | $6,266.92 | $6,122.27 | $144.65 | $0.00 | $214,475.96 | $28,114.65 | $0.00 |
| 136 | 8/24/2030 | $6,266.92 | $6,148.14 | $118.78 | $0.00 | $214,594.74 | $21,966.51 | $0.00 |
| 137 | 9/24/2030 | $6,266.92 | $6,174.11 | $92.81 | $0.00 | $214,687.55 | $15,792.40 | $0.00 |
| 138 | 10/24/2030 | $6,266.92 | $6,200.20 | $66.72 | $0.00 | $214,754.27 | $9,592.20 | $0.00 |
| 139 | 11/24/2030 | $6,266.92 | $6,226.39 | $40.53 | $0.00 | $214,794.80 | $3,365.81 | $0.00 |
| 140 | 12/24/2030 | $3,380.03 | $3,365.81 | $14.22 | $0.00 | $214,809.02 | $0.00 | $0.00 |
| Annual Summary as of: 12/31/2030 | | | | | | | | |
| | | $72,316.15 | $70,433.40 | $1,882.75 | $0.00 | $214,809.02 | $0.00 | $0.00 |
| Grand Totals: | | $874,481.91 | $659,672.89 | $214,809.02 | $0.00 | $214,809.02 | $0.00 | $0.00 |